**FUSCO & MACALUSO, L.L.C.**
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
(973) 779-1163
Attorneys for Defendant, Rory Donadio

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 2:11-cr-00194-DMC |
| | : | |
| RORY DONADIO | : | |
| Defendant. | : | |

This matter having been opened to the Court upon the application of Defendant Rory Donadio ("Defendant") (Anthony J. Fusco, Jr., Esq., appearing) to modify the Order setting conditions of his release, dated March 31, 2011, to allow Defendant to travel from New York to California September 20, 2011 through September 30, 2011; and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Andre M. Espinosa, Assistant U.S. Attorney, appearing) and Pretrial Services (Emily Rosado, Pretrial Services Officer, appearing) having consented to a modification of Defendant's bail to allow the travel at issue; and for good cause shown,

IT IS on this 22 day of August, 2011,

**ORDERED** that, Defendant may travel from New York to California for the limited period between September 20, 2011 through September 30, 2011; and it is further,

**ORDERED** that Defendant shall communicate with Defendant's Pretrial Service Officer while out of the District of New Jersey, as directed by Defendant's Pretrial Services Officer, and it is further,

**ORDERED** that all other applicable prior conditions of bail shall remain in place.

HONORABLE DENNIS CAVANAUGH
United States District Judge