**FUSCO & MACALUSO, L.L.C.**
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
(973) 779-1163
Attorneys for Defendant, Rory Donadio

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> RORY DONADIO : <br> : <br> Defendant. : <br> : | **ORDER** <br><br> Case No.: 2:11-cr-00194-DMC |

This matter having been opened to the Court upon the application of Defendant Rory Donadio ("Defendant") (Anthony J. Fusco, Jr., Esq., appearing) to modify the Order setting conditions of his release, dated March 31, 2011, to allow Defendant to travel from New York to California from January 19, 2012 to January 22, 2012, February 2, 2012 to February 19, 2012, and March 22, 2012 to March 25, 2012 and to Tampa Bay and Fort Lauderdale Florida from March 9, 2012 until March 18, 2012; and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Andre M. Espinosa, Assistant U.S. Attorney, appearing) and Pretrial Services (Emily Rosado, Pretrial Services Officer, appearing) having consented to a modification of Defendant's bail to allow the travel at issue; and for good cause shown,

IT IS on this 18th day of January, 2012,

**ORDERED** that, Defendant may travel from New York to California for the limited period between January 19, 2012 to January 22, 2012, February 2, 2012 to February 19, 2012, and March 22, 2012 to March 25, 2012 and to Tampa Bay and Fort Lauderdale Florida from March 9, 2012 until March 18, 2012; and it is further,

**ORDERED** that Defendant shall communicate with Defendant's Pretrial Service Officer every Monday and Wednesday while out of the District of New Jersey, as directed by Defendant's Pretrial Services Officer, and it is further,

**ORDERED** that all other applicable prior conditions of bail shall remain in place.

_____
HONORABLE DENNIS CAVANAUGH
United States District Judge