**FUSCO & MACALUSO, L.L.C.**
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
(973) 779-1163
Attorneys for Defendant, Rory Donadio

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| Plaintiff, | |
| v. | Case No.: 2:11-cr-00194-DMC |
| RORY DONADIO | |
| Defendant. | |

This matter having been opened to the Court upon the application of Defendant Rory Donadio ("Defendant") (Anthony J. Fusco, Jr., Esq., appearing) to modify the Order setting conditions of his release, dated March 31, 2011, to allow Defendant to travel throughout California, Florida, Texas, and Massachusetts as required by his employer, Legal Finance; and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jenny Kramer, Assistant U.S. Attorney, appearing) and Pretrial Services (Emily Rosado, Pretrial Services Officer, appearing) having consented to a modification of Defendant's bail to allow the travel at issue; and for good cause shown,

**IT IS** on this 30th day of March, 2012,

**ORDERED** that, Defendant may travel freely from New York to California, Florida, Texas, and Massachusetts as necessary upon request from his employer, and it is further;

**ORDERED** that, Defendant will not be required to produce a separate order for each travel period as long as travel is restricted to California, Florida, Texas, and Massachusetts, and it is further;

**ORDERED** that, Defendant shall communicate via telephone with AUSA Jenny Kramer and Pretrial Service Officer Emily Rosado before traveling to advise them of the travel dates, and it is further;

**ORDERED** that, Defendant shall continue to provide Pretrial Service Officer Emily Rosado with work logs, itineraries, and hotel accommodations prior to leaving for any trip and it is further;

**ORDERED** that Defendant shall communicate with Defendant's Pretrial Service Officer every Monday and Wednesday while out of the District of New Jersey, as directed by Defendant's Pretrial Services Officer, and it is further,

**ORDERED** that all other applicable prior conditions of bail shall remain in place.

_____
HONORABLE DENNIS CAVANAUGH
United States District Judge